AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**
MAY 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Joseph P. Ludvigson

**SUMMONS IN A CIVIL CASE**

V.

United States

Case: 1:07-cv-00652
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/9/2007
Description: Ludvigson v. USA

TO: (Name and address of Defendant)
Jeffery Taylor
United States Attorney
555 4th Street NW
Washington, DC 20530
Attention:  Civil Process Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph P. Ludvigson
c/o general delivery
210 North 3rd Street
Effingham, Illinois 62401-9998

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

_[signature]_

(By) DEPUTY CLERK

APR 0 9 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 30 April 2007 |
| NAME OF SERVER (PRINT) Joseph P. Ludvigson/usps | TITLE | Certified mail |

Check one box below to indicate appropriate method of service

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify): Certified Mail received by Emmett L. Parker (?) on 30 April 2007 Article Number 7004 2890 0002 8518 8886 see attached copies of green card

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   30 April 2007    *Joseph P. Ludvigson*
              Date              Signature of Server

A   c/o general delivery, 210 N. 3rd Street
    Effingham, Illinois
    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Joseph P. Ludvigson

**SUMMONS IN A CIVIL CASE**

V.

United States

Case: 1:07-cv-00652
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/9/2007
Description: Ludvigson v. USA

TO: (Name and address of Defendant)

Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Attention:  Civil Process Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph P. Ludvigson
c/o general delivery
210 North 3rd Street
Effingham, Illinois 62401-9998

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    APR 0 9 2007

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 30 April 2007 | |
| NAME OF SERVER *(PRINT)* Joseph P. Ludvigson/USPS | TITLE Certified mail | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail received by Emmett L. Parker(?) on 30 April 2007 Article No. 7004 2890 0002 6518 8848 see attached copy of green card

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  30 April 2007        *[signature]*
                   Date                Signature of Server

Address of Server:  c/o general delivery, 210 N. 3rd Street Effingham, Illinois

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 04/23/2007 |

Sent To: Al Gonzalez Atty Gen
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington DC 20530

PS Form 3800, June 2002          See Reverse for Instructions

7004 2890 0002 8518 8848

---

# CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Jeff Taylor US Atty
Street, Apt. No.; or PO Box No.: 555 4th St NW
City, State, ZIP+4: Washington DC 20530

PS Form 3800, June 2002          See Reverse for Instructions

7004 2890 0002 8518 8886

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto Gonzales
   United States Attorney General
   Civil Process Clerk
   950 Pennsylvania Avenue NW
   Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   APR 3 0 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service): 7004 2890 0002 8518 8848

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeffrey Taylor
   United States Attorney, District of Columbia
   Civil Process Clerk
   555 4th Street NW
   Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   APR 3 0 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service lab): 7004 2890 0002 8518 8886

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540