IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH P. LUDVIGSON,           )
                               )
        Plaintiff,             ) No. 1:07-cv-00652 (RMC)
                               )
    v.                         )
                               )
UNITED STATES,                 )
                               )
        Defendant.             )

## NOTICE OF APPEARANCE

PLEASE ENTER my appearance as trial counsel on behalf of the United States in the above-captioned case.

DATE:    July 6, 2007

                                                Respectfully submitted,

                                                   /s/ Beatriz T. Saiz
                                                BEATRIZ T. SAIZ
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 227
                                                Washington, D.C.  20044
                                                Telephone:  (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on July 6, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Joseph Ludvigson
>c/o General Delivery
>210 North 3rd Street
>Effingham, IL 62401

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ