.IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. LUDVIGSON, | ) |
| | ) |
| Plaintiff, | ) No. 1:07-cv-00652 (RMC) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on July 6, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Joseph Ludvigson
> c/o General Delivery
> 210 North 3rd Street
> Effingham, IL 62401

> /s/ Beatriz T. Saiz
> BEATRIZ T. SAIZ