DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joseph P. Ludvigson | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:07-cv-00652(RMC) |
| UNITED STATES, | ) |
| Defendant. | ) |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW Joseph P. Ludvigson, hereinafter "Plaintiff", in his own right *in rerum natura*, without representation and moves this Court to grant summary judgment for the Plaintiff as follows:

1. It has been over thirty days since Plaintiff entered "Plaintiff's Motion in Opposition to Defendant's Motion to Dismiss". It has been over sixty days since Defendant has entered any answer in the case, other than an untimely motion to dismiss.

2. Defendant has therefore stipulated by Defendant's silence to the facts in Plaintiff's Complaint which are summarized as follows:

   a. Jurisdiction in this case is proper under 26 U.S.C. §7433, as Plaintiff is a Taxpayer against which a Collection Action was commenced in which provisions of Title 26 were "recklessly or intentionally, or by reason of negligence" disregarded by Agents of the Internal Revenue Service, as fully described in the Original Complaint and also in Document 5.

   b. Jurisdiction in this case is proper under both both §6304 and §7433 as Plaintiff was subjected to "harass, oppress, or abuse", by "The use or threat of use of violence or other

criminal means to harm the physical person, reputation, or property of any person."; as fully described in Document 5.

c. Agents for the Defendant violated their oaths of office in failing to respect rights guaranteed to Plaintiff under the Fourth and Fifth Amendments to the Constitution, and thus disregarded the laws of the United States as evidenced by Title 26, as fully described in Plaintiff's Complaint and Document 5.

4. Agents for the Defendant continue to show callous disregard for the law and the Plaintiff's property rights. Plaintiff received an email, dated July 3, from one of the Agents involved in the seizure (evidently a result of contact by the US Attorney's office) admitting to possession of Plaintiff's records and offering their return. Plaintiff's July 7 response to that email has not been answered to date. Plaintiff wrote to said Agent on 28 August to arrange return of records and property taken: no answer has been received. See Exhibit A - Email and Postal Correspondence. WHEREFORE Plaintiff Ludvigson requests that this court enter summary judgment that defendant has violated rights guaranteed to Plaintiff Ludvigson and (A) issue an injunction ordering return of all records taken on May 6, 2005, and (B) grant statutory damages of $2640.00 for computers and other property which is lost or stolen by Agents of the Defendant; and grant the costs of this action, punitive damages, and such other and further relief to which plaintiff is entitled.

Dated this 6th day of September, 2007.

By: _____
Joseph P. Ludvigson

Exhibit incorporated fully herein by reference:
A - Email and Postal Correspondence

Jim Dye
IRS-CI
380 Office Court
Fairview Heights, IL 62208

28 August 2007

Subject: Arrangement for Return of Files and Computers

Jim Dye:

Enclosed is a copy of the email I received from you on July 7, 2007 together with my reply. I have not heard from you. Please contact me in writing at the below address, or preferably by email at: josephludvigson@hotmail.com to arrange a date to return my computers, software, records, files, and personal effects taken by you, Elizabeth G. Obrien, and Tanya Brewer on May 6, 2005. I would prefer that you bring my property to the Effingham County Courthouse to effect a return.

I have also enclosed a copy of the most recent Affidavit I executed regarding the matter for your reference and aid in locating records of the incident. Your response to this letter is urgently anticipated.

Yours truly,

*Joseph Ludvigson*

Joseph Ludvigson
c/o general delivery
210 North 3rd Street
Effingham, Illinois 62401

Enclosures:
1 – copy of email
2 – copy of Affidavit

> The document on which this certificate is affixed is
> CERTIFIED
> A TRUE, CORRECT, and COMPLETE COPY of the original,
> Claimant is holder in due course of original.
>
> Signed _____ 6sep07
>                       Date
> Convention de la Haye du-
> 5 - October - 1961

EXHIBIT A
1 of 2

RE: Return of records

From: **Joseph Ludvigson** (josephludvigson@hotmail.com)

Sent: Sat 7/07/07 12:45 PM

To: Dye James A (james.dye@ci.irs.gov)

Cc: josephludvigson@hotmail.com

There is also the matter of the return of my computers (or reimbursement for the replacement costs) and other property and reimbursement for the court suit. What do you propose?

> Subject: Return of records
> Date: Tue, 3 Jul 2007 08:26:57 -0500
> From: James.Dye@ci.irs.gov
> To: josephludvigson@hotmail.com
>
> Mr. Ludvigson,
>
> Please contact me to arrange the return of your records.
>
> You may call me at 618-622-2169. Thank you.
>
> Jim Dye
>
> IRS-CI
>
> 380 Office Court
>
> Fairview Heights, IL 62208
>
> (618) 622-2169

*[Certification stamp:]* The document on which this certificate is affixed is CERTIFIED A TRUE, CORRECT, and COMPLETE COPY of the original. Claimant is holder in due course of original. Signed *[signature]* Date 6 sep 07. Convention de la Haye du 5 - October - 1961

EXHIBIT A

2 of 2

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that I have mailed by United States Postal Service, postage prepaid, a copy of the foregoing MOTION FOR SUMMARY JUDGMENT to:

>Beatriz T. Saiz
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 227
>Ben Franklin Station
>Washington, D.C. 20044

By: _____
Joseph P. Ludvigson

DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joseph P. Ludvigson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-cv-00652 (RMC) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on Plaintiff Joseph P. Ludvigson's "Plaintiff's Motion for Summary Judgment". The Court finds that:

A.  Plaintiff has standing to bring suit under both §6304 and §7433 of the Internal Revenue Code, therefore Defendant's Motion to Dismiss is **DENIED**.

B.  Judgment for the Plaintiff is hereby **GRANTED.**

C.  Defendant is given 20 days to effect return of all files and records taken from Plaintiff.

D.  Defendant is given 20 days to pay Plaintiff $2640.00 for other property taken and not returned.

E.  Defendant is ordered to pay Plaintiff for costs of this action within 30 days of Plaintiff submitting a notarized accounting of costs incurred.

F.  Defendant is given 20 days to pay Plaintiff $2000.00 punitive damages for loss of use of records and other property.

**IT IS SO ORDERED.**

DATED: _____, 2007

_____
**Rosemary M. Collier**
**United States District Judge**