DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

Joseph P. Ludvigson        )
                           )
        Plaintiff,         )
                           )
vs.                        )   No. 1:07-cv-00652(RMC)
                           )
UNITED STATES,             )
                           )
        Defendant.         )
                           )

RECEIVED
NOV 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO SET HEARING FOR SUMMARY JUDGMENT

COMES NOW Joseph P. Ludvigson, hereinafter "Plaintiff", in his own right, without representation and moves this Court to set a hearing on the recent MOTION FOR SUMMARY JUDGMENT for the Plaintiff as follows:

1. It has been over thirty days since Plaintiff entered "Plaintiff's Motion for Summary Judgment". It has been over ninety days since Defendant has entered any answer in the case, other than an untimely motion to dismiss.

2. Defendant has stipulated by Defendant's silence to the facts in Plaintiff's Complaint which are summarized as follows:

    a. Jurisdiction in this case is proper under 26 U.S.C. §7433, as Plaintiff is a Taxpayer against which a Collection Action was commenced in which provisions of Title 26 were "recklessly or intentionally, or by reason of negligence" disregarded by Agents of the Internal Revenue Service, as fully described in the Original Complaint and also in Document 5.

    b. Jurisdiction in this case is proper under both §6304 and §7433 as Plaintiff was subjected to "harass, oppress, or abuse", by "The use or threat of use of violence or other criminal means

to harm the physical person, reputation, or property of any person."; as fully described in Document 5.

    c.    Agents for the Defendant violated their oaths of office in failing to respect rights guaranteed to Plaintiff under the Fourth and Fifth Amendments to the Constitution, and thus disregarded the laws of the United States as evidenced by Title 26, as fully described in Plaintiff's Complaint and Document 5.

4.    Agents for the Defendant continue to show callous disregard for the law and the Plaintiff's property rights. Plaintiff received a second email, dated October 22, from one James Dye, one of the Agents involved in the seizure (evidently a result of contact by the US Attorney's office) admitting to possession of Plaintiff's records and offering their return. Plaintiff's subsequent email dated October 23 has not been answered to date. Plaintiff wrote to said Agent on 31 October to arrange return of records and property taken: no answer has been received. See Exhibit A - Email and Exhibit B - Postal Correspondence. James Dye has now twice contacted Plaintiff to arrange return of records and computers, and has shown that he has no intention to do so by refusing to respond to Plaintiff. Plaintiff's only hope to recover records and computers now appears to rest in the order of this Court.

5.    Plaintiff is concerned that, even as IRS unlawful seizure of Plaintiff's records prejudiced Plaintiff in divorce proceedings, so now also delay in this matter will cause a statute of limitations to be reached wherein Plaintiff will not be able to sue for unpaid wages, thus limiting the Court to ruling for monetary damages as first presented in the original complaint.

WHEREFORE Plaintiff Ludvigson requests that this court either enter summary judgment, as requested, that defendant has violated rights guaranteed to Plaintiff Ludvigson and (A) issue an injunction ordering return of all records taken on May 6, 2005, and (B) grant statutory damages

of $2640.00 for computers and other property which is lost or stolen by Agents of the Defendant; and grant the costs of this action, punitive damages, and such other and further relief to which plaintiff is entitled; OR schedule a hearing to be held before December 31, 2007 to explain why such a ruling cannot be timely entered.

Dated this 7th day of November, 2007.

By: *[signature]*
Joseph P. Ludvigson

Exhibits incorporated fully herein by reference:
A - Email
B - Postal Correspondence

RE: Return of records
From: Joseph Ludvigson (josephludvigson@hotmail.com)
Sent: Tue 10/23/07 11:36 AM
To: Dye James A (james.dye@ci.irs.gov)
Cc: josephludvigson@hotmail.com

I mailed you a letter several weeks ago. In the letter I asked for you to arrange to bring my records to the Effingham County Courthouse. Upon your confirmatory response, please meet me there at 1300 hours on Thursday this week 25 October.

Subject: RE: Return of records
Date: Mon, 22 Oct 2007 16:34:36 -0500
From: James.Dye@ci.irs.gov
To: josephludvigson@hotmail.com
Mr. Ludvigson,   Please contact me to arrange the return of your records. You may call me at 618-622-2169.

Jim Dye
IRS-CI
380 Office Court
Fairview Heights, IL 62208

31 October 2007

Subject: Arrangement for Return of Files and Computers

Jim Dye:

This is the second time I have written to you after receiving an email to contact you to arrange return of my records. You have not to date responded to either my emails or my last letter dated August 28. Again, please contact me in writing at the below address, or preferably by email at: josephludvigson@hotmail.com to arrange a date to return my computers, software, records, files, and personal effects taken by you, Elizabeth G. Obrien, and Tanya Brewer on May 6, 2005. I would prefer that you bring my property to the Effingham County Courthouse to effect a return, but I am now also staying sometimes in Jackson County where the items were taken from, so you could also bring my property to the Jackson County Courthouse.

Your response to this letter is urgently anticipated.

Yours truly,

Joseph Ludvigson
c/o general delivery
210 North 3rd Street
Effingham, Illinois 62401

No. 1:07-cv-00652 (RMC)                                                   EXHIBIT B

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that I have mailed by United States Postal Service, postage prepaid, a copy of the foregoing MOTION TO SET HEARING FOR SUMMARY JUDGMENT to:

>Beatriz T. Saiz
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 227
>Ben Franklin Station
>Washington, D.C. 20044

By: *[signature]*
Joseph P. Ludvigson

**DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Joseph P. Ludvigson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. 1:07-cv-00652 (RMC) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on Plaintiff Joseph P. Ludvigson's "Plaintiff's Motion for Summary Judgment". The Court finds that:

A.  Plaintiff has standing to bring suit under both §6304 and §7433 of the Internal Revenue Code, therefore Defendant's Motion to Dismiss is **DENIED**.

B.  Judgment for the Plaintiff is hereby **GRANTED.**

C.  Defendant is given 20 days to effect return of all files and records taken from Plaintiff.

D.  Defendant is given 20 days to pay Plaintiff $2640.00 for other property taken and not returned.

E.  Defendant is ordered to pay Plaintiff for costs of this action within 30 days of Plaintiff submitting a notarized accounting of costs incurred.

F.  Defendant is given 20 days to pay Plaintiff $2000.00 punitive damages for loss of use of records and other property.

**IT IS SO ORDERED.**

**DATED:** _____, **2007**

_____
**Rosemary M. Collier
United States District Judge**
