Clerk of the District Court
333 Constitution Avenue NW
Washington, D.C. 20001



07-652 (RMC)

7 November 2007

Subject: Filing of Pleading and Notice of Change of Address

Dear Clerk:

Enclosed are 2 copies of my next pleading. If there is any serious
defect, please contact me immediately by email at:
josephludvigson@hotmail.com, so that I can make timely corrections.

Also, please enter a change of address to reflect that below.

Yours truly,

Joseph Ludvigson
1809 W. Main No. 253
Carbondale, Illinois 62901

Enclosures: 2 copies of Plaintiff's Motion to Set Hearing for Summary
Judgment, with associated documents

# RECEIVED

NOV 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT