## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH P. LUDVIGSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-652 (RMC) |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that, Defendant's Motion to Dismiss [Dkt. # 4] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Complaint [Dkt. # 1] is hereby **DISMISSED** with prejudice; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment [Dkt. # 6] and Plaintiff's Motion to Set Hearing [Dkt. # 7] are **DENIED AS MOOT.**

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.


DATE:  November 27, 2007                                /s/
                                                                                ROSEMARY M. COLLYER
                                                                                United States District Judge